**Order entered March 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00120-CV

**BIG BASS TOWING COMPANY, Appellant**

**V.**

**STEPHEN AKIN, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02361-A**

## ORDER

We **GRANT** appellee's March 27, 2013 unopposed motion for an extension of time to file his brief in this accelerated appeal. Appellee shall file his brief on or before April 11, 2013.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE